# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2045

_____

THOMAS ANDREW HOLLIFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellees.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

July 10, 2024

PER CURIAM.

AFFIRMED. *See Maxwell v. State*, 383 So. 3d 892, 900 (Fla. 1st DCA 2024).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.